**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

TARRANCE L. MIXON

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj187

Waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.03(5) and 18 U.S.C. § 7 & 13 | Driving Without a Valid Driver's License | 3/6/09 | One |
| F.S.S. § 320.07 and 32 C.F.R. § 210 | Driving With an Expired Registration Tag | 3/6/09 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than June 17, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 20.00 | $ 180.00 | $ 0.00 |

Date of Imposition of Sentence - 5/20/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 6-2-2009